**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **SPENCER HUGHES,**<br>**Plaintiff,**<br>**vs.**<br>**UNION PACIFIC RAILROAD COMPANY,**<br>**Defendant.** | **8:26CV335**<br><br>**ORDER** |

To facilitate conferences with Magistrate Judge Nelson, unless the Court's order states otherwise, the parties shall use the following instructions and codes assigned to this case:

**WEBEX CASE CONFERENCE INSTRUCTIONS**

For **Telephonic Conferences** only, (e.g. conferences on completing Rule 26(f) reports, case progression issues, pre-motion discovery disputes, status or planning conferences, etc.):

Dial 1-855-244-8681
Enter the access code: 2321 506 3539, then hit the # key

Dated this 6th day of August, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge